(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Asa P. Johnson  00155545  Pro Se
  (Name of Plaintiff)    (Inmate Number)

Delaware Correctional Center
1181 Paddock Road    Smyrna, DE 19977
  (Complete Address with zip code)

08 - 135

(2) _____
  (Name of Plaintiff)    (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) Acting Warden Elizabeth Burris
    Multi-Disciplinary Team (MDT) For
(2) (SHU) Counselor Todd Kramer, Classification
    Lieutenant John Doe #1
(3) Institutional-Based Classification Committee
    Members  (Names of Defendants) John Doe #2,3,4,5

☺ Jury Trial Requested

FILED
MAR - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
    including year, as well as the name of the judicial officer to whom it was assigned:

NONE

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ⊙Yes  ··No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ⊙Yes  ··No ① Appealed IBCC Classification Decision
② Written Internal Affairs Unit Investigator McGhee

C. If your answer to "B" is Yes ③ Written Acting Warden Elizabeth Burris
④ Written Security Chief Major Scarborough

1. What steps did you take? ⑤ Filed Inmate Grievance Form 584, After attempted to exhausted administrative remedies with officials with no response, ⑥ Attempt to find relief by writing Bureau Chief Rick Kearney.

2. What was the result? Department of Corrections Policy 4.4, I received inmate grievance response: Classification (Non-Grievable) Bureau Chief Kearney sent letter to New Warden Perry Phelps to investigate Due Process Claim, Filed Emergency Grievance to New Warden Perry Phelps (No response.)

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Elizabeth Burris (Retired)

Employed as Acting Warden at Delaware Correctional Center

Mailing address with zip code: D.C.C. 1181 Paddock Road Smyrna, DE 19977

(Will amend since Acting Warden Burris has Retired)

(2) Name of second defendant: Counselor of (MDT) Todd Kramer (Social Worker)

Employed as Counselor (MDT) at Security Housing Unit Delaware Corr. Center

Mailing address with zip code: D.C.C. 1181 Paddock Road

Smyrna, DE 19977

(3) Name of third defendant: John Doe #1 Classification Lieutenant of (MDT) for (SHU)

Employed as Classification Lieutenant at Delaware Correctional Center

Mailing address with zip code: D.C.C. 1181 Paddock Road

Smyrna, DE 19977 (Will amend upon discovery Motion)

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

✳ Continue on next page ✳   2

✳

Page 1 of 1

## Civil Complaint Defendants

1) Acting Warden of Delaware Correctional Center, Elizabeth Burris has retired from the prison system, but was in control of this facility when alleged misconduct and transferred of Plaintiff I/m Asa P. Johnson to Security Housing Unit (SHU). (Will amend upon discovery motion.)

2) Multi-Disciplinary Team (MDT) for the Delaware Correctional Center, had a classification hearing to make a recommendation for the rescinding of Plaintiff I/m Asa P. Johnson's employment, rehabilitation group, also recommending Max. Security Housing Unit (SHU), Mental health, and receive (SHU) programs. The Plaintiff I/m Asa P. Johnson was not present at this hearing for MDT recommendation, and has attempted several times to seek the names of Counselor and Lieutenant who approved this invalid hearing with no success. Todd Kramer is the Plaintiff's counselor in SHU, Lieutenant to be named later upon discovery motion. John Doe #1

3) Institutional-Based Classification Committee (IBCC), Several attempts to seek the names of IBCC members as defendants of this Civil Complaint, with no success in my attempts in receiving their names. (Will place names and amend upon discovery motion.) John Doe #2, #3, #4, #5

III   Defendant (in order listed on the caption.)   \* will Amend names upon
  \* Discovery motions

(4) Name of Forth defendant: John Doe #2, Institutional-Based Classification Committee

Employed as: Institutional-Based Classification Committee Member

At: Delaware Correctional Center

Mailing address with zipcode: Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE. 19977

(5) Name of Fifth defendant: John Doe #3, Institutional-Based Classification Committee

Employed as: Institutional-Based Classification Committee Member

At: Delaware Correctional Center

Mailing address with zipcode: Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE. 19977

(6) Name of Sixth defendant: John Doe #4, Institutional-Based Classification Committee

Employed as: Institutional-Based Classification Committee Member

At: Delaware Correctional Center

Mailing address with zipcode: Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE. 19977

(7) Name of Seventh defendant: John Doe #5, Institutional-Based Classification Committee

Employed as: Institutional-Based Classification Committee Member

At: Delaware Correctional Center

Mailing address with zipcode: Delaware Correctional Center, 1181 Paddock

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.) I was abritary, capriciously moved with malicious intent and held in the highest level of security of the prison without a copy

1. of a Written Pre-Hearing Order, a misconduct, or a disciplinary report. On September 9, 2007, I I/m Asa P. Johnson was transferred to (SHU) Security Housing Unit on the discretion of Watch Commander, Captain Michael McCreanor on a alleged incident that occurred at the Delaware Correctional Center Hospital Infirmany. Sept. 11,

2. 2007 Internal Affairs Unit, Investigator McGhee interviewed Me and stated that a nurse accused me of a misconduct. I contend my innocents of any misconduct at that date. Since that date of transferred to higher security and even to this date, Feburary 27, 2008, I have not received a copy of a written

3. Pre-Hearing Orders, Disciplinary Report, or what administrative Condition I have been administed on because I am still housed in the highest level of security. I received a IBCC result memorandum approving to rescind my employment, and Rehabilitation group, but I did not appear before the (MDT) and have not been proven I committed any alleged misconduct and no notification that a MDT hearing had taken place. (Continue on next page)

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Reinstatement of Employment as leadworker at D.C.C. Hospital Infirmany, Reinstatement of original status and rehabilitation group "Option", Placed back to same housing unit (S-1) Room C-Tier Cell #18, Reimbursement of Loss Wages while illegal confinement and until I resume employment duties.

3

IV.   STATEMENT OF CLAIM          Continue from page 1 of Statement of Claims

Upon receiving the IBCC memorandum result on December 5, 2007 I appealed the decision and seeked relief by writing Administration Officials with my concerns. I appealed IBCC decision on December 6, 2007.

Of all the Administration Officials I tried to seek relief of this situation, none has responded to my letters.

I filed a inmate grievance since I have tried to correspond with the administration by writing and with no success to any response, hoping the grievance would see I I/m Asa P. Johnson has took the proper initiative of seeking relief, my grievance was sent back as non-grievable by the Watch Commander of September 9, 2007, Captain Michael McCreanor inwhich ordered I/m Asa P. Johnson to this level of Security. It stated Classification is a non-grievable issue under Department of Corrections Policy 4.4, but it is also a Conflict of interest because, Captain Michael McCreanor is Inmate Grievance Chair.

2. All Damages: Compensatory Damages, Nominal Damages, Punitive Damages, Awards for all said damages for all violations that occurred on said Statement of Claim: Illegal Confinement, Procedural, Due Process,

3. Civil, and Constitutional Violations. Personal Humiliation, Mental Anguish, Deprivation of Privileges, Attorney Fees and Court Cost and the Cost of this Action

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27TH day of Feburary, 2008.

_Asa P. Johnson_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

## Certificate of Service

I, _Asa P. Johnson_, hereby certify that I have served a true and correct cop(ies) of the attached: _Civil Rights Act, 42 U.S.C. §1983 Civil Complaint_ upon the following parties/person (s):

TO: _Attorney General Office_
_State of Delaware_
_820 North French Street_
_Wilmington, DE 19801_

TO: _Commissioner of_
_Prisons Carl Danberg_
_245 McKee Road_
_Dover, DE 19904_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _27th_ day of _Feburary_, 200_8_

_Asa P. Johnson_

I/M Mr. Asa P. Johnson
SBI#155545 Bld 19 DUG
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977





Clerk
U.S. District Court
Lock Box 18
844 North King Street
Wilmington, DE
19801