CA 08-135 UNA

Page 1 of 2    March 6, 2008

Mr. Asa P. Johnson
SBI# 155545 Bld 19 DU6
Delaware Corr. Center
1181 Paddock Road
Smyrna, DE 19977

Clerk:
U.S. District Court
Lockbox 18
844 North King Street
Wilmington, DE 19801



FILED
MAR 10 2008
BG
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To whom it may concern:
On March 6, 2008, I received only one copy of my U.S.C. 42 § 1983 Complaint inwhich I requested two for the purpose of Certificate of Service for, Attorney General's Office, and Department of Corrections Commissioner Carl Danberg.

Paralegal for Security Housing Unit inmates (SHU), Brian D. Engrem stated on General Request Form: Com. Danberg does not need a copy from you.

XC: File
Clerk
U.S. District
Court

I only wanted to make the courts aware so I am not declare a penalty of perjury by Stating Commissioner Carl Danberg has been Served.

Page 2 of 2

Thank You Kindly for your time and Cooperation.

Sincerely,

Asa P. Johnso

3-6-08

I/M Mr. Asa P Johnson
SBI# 155545  UNIT Bld 19 D/6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
Lockbox 18  844 North King St.
Wilmington, DE
              19801