IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASA P. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 08-135-SLR |
| | ) | |
| ACTING WARDEN ELIZABETH BURRIS, TODD KRAMER, JOHN DOE #1, MULTI-DISCIPLINARY TEAM MDT DELAWARE CORRECTIONAL CENTER, INSTITUTIONAL BASED CLASSIFICATION COMMITTEE MEMBER JOHN DOE #2, INSTITUTIONAL BASED CLASSIFICATION COMMITTEE MEMBER JOHN DOE #3, INSTITUTIONAL BASED CLASSIFICATION COMMITTEE MEMBER JOHN DOE #4 and INSTITUTIONAL BASED CLASSIFICATION COMMITTEE MEMBER JOHN DOE #5, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**AUTHORIZATION**

I, Asa P. Johnson, SBI #155545, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $ 9.49 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated May 5th, _____, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency

into whose custody I may be transferred.

Date: April 13, _____, 2008.

                                                      *Asa P. Johnson*
                                                   Signature of Plaintiff

I/M Mr. Asa P. Johnson
SBI# 155545   UNIT Bld 21 Cu7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
17 APR 2008 PM 3 T

Clerk
U.S. District Court
Lock Box 18
844 N. King Street
Wilm, DE 19801