April 15, 2008											Mr. Asa P. Johnson
												SBI# 155545
												Bld 21 C U 7

TO: Inmate Account						08-135 (SLR)
	Office

RE: Documentation of date check was issue and released to U.S. District Court of filing fee (#9.49)

To whom it may concern:
Please send me a notice that this #9.49 was sent to the District Court for my records, Please include date.

												Thank you
												Sincerely
												Asa P. Johnson

File
Inmate Account
Business Office