April 23, 2008

1:08-cv-00135-SLR Johnson v Burri\[s\]

Office of the Clerk
U.S. District Court
844 N. King St, Lockbox 18
Wilm, DE 19801-3570

Peter T. Dalleo
Clerk



Dear Mr. Dalleo:

I promise I will not become a **annoyance**, its just I am not experience in the field of civil litigation and I can comprehend what I read when it is given to me, but my situation of illegal/improper confinement, I have to get my information by writing a inmate paralegal. I can not go to the para- -legal and receive assistance concerning my civil complaint, so I need to know, ① Is there a pro se clerk? If not, then the question is ② Appointment of Counsel?, Whe\[n\] can the plaintiff file? ③ Serving Process to the defendant's of my civil complaint

are some John Doe #'s, because the institution is unwilling to supply me with the identities of the individual involved as defendant's so when can I be expected to file for the discovery to amend the names, so the U.S. Marshall's can start to serve? Will I be notified?

Thank You very Kindly for your time and cooperation.

Sincerely,
Asa P. Johnson
#155545 Bld 21 CU7
D.C.C. 1181 Paddock Rd
Smyrna, DE 19977

XC: File

U.S. District Court
Office of the Clerk
    Peter T. Dalleo

I/M Mr. Asa P. Johnson
SBI# 155545   UNIT Bld 21 Cu7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

U.S. District Court
Office of the Clerk
c/o Peter T. Dalleo (Clerk)
844 N. King St LockBox 18
Wilm, DE  19801-3570