OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 1, 2008

TO: Asa P. Johnson
    SBI# 155545
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    **RE: LEGAL ADVICE**, C.A. No. 08-135(SLR)

Dear Mr. Johnson:

    This is in response to your letter received on 4/25/08 requesting assistance regarding appointment of counsel and service of process.

    Please be advised that the Clerk's Office is unable to render legal advice and, therefore, cannot assist you.

                                    Sincerely,

/ead                                PETER T. DALLEO
                                    CLERK

cc: The Honorable Sue L. Robinson