May 5, 2008

Office of the Clerk            CV 1:08-135
U.S. District Court            Johnson vs Burris
844 N. King St. Lock Box 18    Judge SLR
Wilmington, DE 19801-3570

D
sarvd

FILED

MAY -7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk of the Court:

The reference of this letter is a follow up letter to my letter of April 23, 2008, to Clerk of Court Peter T. Dalleo.

I had requested some essential information on my Civil complaint and it has been 10 business days and I was a little concerned if the correspondence ever reached its destination?

If possible would someone please inform me of the following questions.

(1.) Is there a pro se clerk?, (2.) When can I file a motion for Appointment of Counsel?, (3.) On the Serving Process to the defendant's of my civil complaint, my defendants are some John Doe's #s, because the institution refus to supply me with the idenities of the individual involved of the complaint, so when can I be expected to file for discovery so I can amend their names to be served,

by the U.S. Marshall?

Thank You Kindly for your time

Sincerely
Asa P. Johnson
#155545 Bld 21 C47
D.C.C. 1181 Paddock Road
Smyrna, Delaware 19977

I/M Mr. Asa P. Johnson

SBI# 155545   UNIT Bld 21Cu7

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

06 MAY 2008 PM 2 L

Office of US Clerk

U.S. District Court

844 N. King St. Lock Box 18

Wilmington, DE

19801-3570

19801453570