IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Asa P. Johnson #155545         )
   Plaintiff pro se            )
                             )  Civil Action No. 1:08 cv 135
      vs                     )
                             )
Elizabeth Burris, et al,       )
   Defendant



MOTION FOR SUPPLEMENTAL COMPLAINT
FOR STATEMENT OF CLAIMS:

   Pro se Plaintiff Asa P. Johnson, pursuant to Rule 15 (d) of Fed. R. Civ. P., request from this Honorable Court permission to file a Supplemental Complaint for a Statement of Claim to Civil Action No. 1:08 cv 135.

① With the courts permission the pro se plaintiff wishes to add information that is factual to his statement of claims that has occurred within the past few months of expressed violations of the plaintiff's 5th and 14th amendment of the U.S. Constitution, protected liberty interest.

For the foregoing reason(s), the plaintiff prays this Honorable Court grants the said motion in this case.

Dated: May 26, 2008

Asa P. Johnson
*Asa P. Johnson*
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

XC:   File
      Honorable Judge Sue L. Robinson
      Attorney Generals Office (DE)

# Certificate of Service

I, _Asa P. Johnson_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion for Supplemental Complaint for Statement of Claims to Civil Action No._ upon the following parties/person (s): _1:08cv135 SRL_

TO: _Attorney General Office of the State of Delaware 820 N. French St Wilmington, DE 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _26th_ day of _May_, 2008

_Asa P. Johnson_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Asa P. Johnson pro se,      )
   Plaintiff                        )
                                         )
                                         )
   VS                                ) Civil Action No. 1:08 cv 135
                                         )                    SLR
                                         )
Elizabeth Burris, et al,       )
   Defendant                    )

## ORDER

IT IS HEREBY ORDERED, THIS ____ DAY OF _____, 2008, THAT THE ATTACHED MOTION FOR SUPPLEMENTAL COMPLAINT FOR STATEMENT OF CLAIMS HAS BEEN READ AND CONSIDERED.

It IS ORDERED THAT THE MOTION IS HEREBY, _____.

United States District Court

_____
Judge

I/M Mr. Asa P. Johnson
SBI# 155545   UNIT Bld 21 C u 7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 227
27 MAY 2008 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570