May 27, 2008

Office of the Clerk                    Civil Action No.
United States District Court           1:08 cv 135
844 N. King St. Lockbox 18                 SLR
Wilmington, Delaware 19801-3570

Peter T. Dalleo
Clerk of Court



Dear Mr. Dalleo:

The reference of this letter is the request of the following information.

① Is there a pro se clerk the plaintiff can write to ask questions concerning needed information concerning methods and Fed. R. Civ. P. ? If not would you or your office inform me of the following information ?

② Actual date complaint was filed, and the summons and complaint delivery service form 285 for the U.S. Marshall to be the service processor? (Please send) Form 285

③ Plaintiff was granted I F P and needs to know if the 120 days to the defendant to be served is working days or all days ?

④ Plaintiff has defendant's John Doe's I through 5 as defendant's in his civil complaint and have been seeking the idenities of the defendant's John Doe's to amend my claim with their names, will that create a problem to U.S. Marshall to serve the defendant's? If this is a legal question you can not provide when you respond please inform plaintiff what Fed. Civ. R. P. to look up to answer my question please.

Thank you kindly for your assistances and cooperation.

Sincerely

Asa P. Johnso

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE. 19977
5-27-08

XC: File
Peter T. Dalleo
Clerk of Court
U.S. District Court



I/M Mr, Asa P. Johnson

SBI# 155545 ____ UNIT Bld 2L Cu7

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

28 MAY 2008 PM 2 T

Clerk of Court

Office of the Clerk (Peter T. Dalleo)

United States District Court

844 N. King St. LockBox 18

Wilmington, Delaware

19801 - 3570

