OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 30, 2008

TO:

Asa P. Johnson
SBI# 155545
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

  **RE: Letter Received 5/29/08**
    **CA 08-135 SLR**

Dear Mr. Johnson:

  This is in response to your letter received 5/29/08 requesting legal advice from the Court.  Please be advised that the Clerk's Office is unable to render legal advice and, therefore, cannot assist you.

  Your case is assigned to the Honorable Sue L. Robinson, and is pending before the Court.  You will be advised by the Court as to further developments in your case.

  I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

              Sincerely,

/rwc              PETER T. DALLEO
                CLERK

cc: The Honorable Sue L. Robinson