08-135 SCR

July 8, 2008

Mr. Asa P. Johnson
SBI # 155545
Bld 21 C-U-7
Delaware Corr. Center
1181 Paddock Road
Smyrn, DE 19977



Dear Clerk of the Court:

This motion was sent out by the plaintiff on July 8, 2008 and would appreciate it if the Court will inform me date of receipt of the following motion.

Thank You

Sincerely
Asa P. Johnson