July 18, 2008

TO: Peter T. Dalleo
Clerk of Court
Office of the Clerk
United States District Court
District of Delaware

Asa P. Johnson #155545
Bid 21 C-U-7
J.T.V.C.C. 1181 Paddock Rd
Smyrna, DE 19977



FILED
JUL 21 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Civil Docket for Case # 1:08-cv-00135-SLR

Dear Mr. Dalleo:

The reference of this letter is to seek a Civil Docket for the plaintiff's records of a motion filed by plaintiff pro se, on Fed. R. Civ. P. 59(e) to the Honorable Judge Sue L. Robinson.

Plaintiff included a letter sent July 8, 2008, requesting such docket and it has been (8) eight business days and plaintiff has yet to receive a response and would like clarification motion reached Courts before deadline required plaintiff?

I Thank You Kindly for your time and cooperation to this matter.

Sincerely
Asa P. Johnson
7-18-08

I/M Asa P. Johnson
SBI# 155545   UNIT Bld 21 C u 7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
19 JUL 2008 PM 4 L

Attention: Peter T. Dalleo
Clerk of Court
Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570

19801+3570