OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 22, 2008

TO:

**Asa P. Johnson**
SBI# 155545
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE:  STATUS OF MOTION
      CA 08-135 SLR**

Dear Mr. Johnson:

　　This is in response to your letter received dated 7/18/08 requesting the status of your Motion. Your case is assigned to the Honorable Sue L. Robinson, and your Motion is pending before the Court.  You will be advised by the Court as to further developments in your case.

　　I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

　　　　　　　　　　　　　　　　　　Sincerely,

/rwc　　　　　　　　　　　　　　　　PETER T. DALLEO
　　　　　　　　　　　　　　　　　　CLERK


cc:  The Honorable Sue L. Robinson
enc: Docket Sheet